Certificate Number: 14912-PAM-DE-033918008

Bankruptcy Case Number: 15-03773


14912-PAM-DE-033918008

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 7, 2020, at 2:50 o'clock PM EST, Matthew Reigle completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 7, 2020  By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor