Certificate Number: 14912-PAM-DE-033918009

Bankruptcy Case Number: 15-03773


14912-PAM-DE-033918009

# C<span style="font-variant:small-caps">ERTIFICATE</span> O<span style="font-variant:small-caps">F</span> D<span style="font-variant:small-caps">EBTOR</span> E<span style="font-variant:small-caps">DUCATION</span>

I CERTIFY that on <u>January 7, 2020</u>, at <u>2:50</u> o'clock <u>PM EST</u>, <u>Lindsey Reigle</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 7, 2020</u>   By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>

Case 1:15-bk-03773-HWV    Doc 48    Filed 01/08/20    Entered 01/08/20 16:27:35    Desc
Main Document      Page 1 of 1