```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                      Case No. 15-03773-HWV
Matthew D Reigle                                            Chapter 13
Lindsey A. Reigle
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: AutoDocke        Page 1 of 1        Date Rcvd: Apr 14, 2020
                            Form ID: fnldec        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.
db/jdb         +Matthew D Reigle,   Lindsey A. Reigle,   6369 Blue Ridge Ave,   Harrisburg, PA 17112-2347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      James   Warmbrodt    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
      Jerome B Blank    on behalf of Creditor    Wells Fargo Bank N.A. pamb@fedphe.com
      Johanna Hill Rehkamp    on behalf of Debtor 2 Lindsey A. Reigle jhr@cclawpc.com,
       jlaughman@cclawpc.com;jbartley@cclawpc.com
      Johanna Hill Rehkamp    on behalf of Debtor 1 Matthew D Reigle jhr@cclawpc.com,
       jlaughman@cclawpc.com;jbartley@cclawpc.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Matthew D Reigle,<br>**Debtor 1**<br>Lindsey A. Reigle,<br>aka Lindsey A Minter,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:15−bk−03773−HWV |

Social Security No.:
        xxx−xx−7052        xxx−xx−6932

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: April 14, 2020

By the Court,

*/s/ Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (05/18)